# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 6:20:25 PM
CHRISTOPHER A. PRINE
Clerk

**DATE: FEB. 23, 2015**

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

**TO:      14TH  COURT OF APPEALS**

**From:    Deputy Clerk: PHYLLIS WASHINGTON**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:   2013-05124B                      334TH DISTRICT COURT**

**VOLUME _____    PAGE _____     OR     IMAGE # 63039636**

**DUE DATE:  03-2-15                   ATTORNEY TBN #00783581**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH**

**DATE ORDER SIGNED:     10-29-14**

**MOTION FOR NEW TRIAL/REQUEST FOR FINDINGS OF FACT; DATE: FILED   NONE**

**REQUEST TRANSCRIPT DATE FILED      NONE**

**NOTICE OF APPEAL DATE FILED       02-20-15**

**NUMBER OF DAYS: ( CLERKS RECORD )  10**

**FILE ORDERED:  YES ☐   NO ☒   IMAGED FILED:   YES ☒  NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC , C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O        CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

Cause No. 201305124B

| | | |
|---|---|---|
| VICNRG LLC,<br>Plaintiff | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| FCSTONE, LLC, FCSTONE TRADING,<br>LLC and FCSTONE GROUP, INC.,<br>Defendants | § | |
| | § | |
| | § | |
| | § | 334TH DISTRICT COURT |

---

### CONDITIONAL NOTICE OF APPEAL

---

Pursuant to rule 25.1 of the Texas Rules of Appellate Procedure, Plaintiff VicNRG LLC will appeal, and gives notice of its appeal, from the order of severance signed on October 29, 2015 in VICNRG LLC v. FCStone, LLC, FCStone Trading, LLC and FCStone Group, Inc. in the 334th District Court of Harris County, Texas, to the First or Fourteenth Court of Appeals, Houston, Texas. Though Plaintiff denies that the order of severance of October 29, 2015 was final, it files this Notice of Appeal because of the Court has not yet ruled on Plaintiff's Motion for Entry of Final Judgment or, Alternatively, Motion to Extent Post-Judgment Deadlines because it appears that the appellate deadlines, if extended under Tex. R. Civ. P. 306a, terminates on today's date.

Respectfully submitted,

BLUMBERG & BAGLEY, L.L.P.

by: /s/ Peter F. Bagley
    Peter F. Bagley
    Texas Bar No. 00783581
2304 West Interstate 20
Suite 190
Arlington, Texas 76017
(817) 277-1500
Facsimile (817) 277-1170

---

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that true copies of the above and foregoing Notice of Appeal were forwarded to the following via the means indicated below on this the 20th day of February, 2015:

VIA ELECTRONIC SERVICE
Mr. James T. Drakeley
Mr. R. Scott Seifert
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas 75001
*Co-Counsel for Plaintiff VicNRG LLC*;

VIA ELECTRONIC SERVICE
Mr. Mark K. Glasser
Ms. Tracy LeRoy
Sidley LLP
1000 Lousiana, Ste. 6000
Houston, Texas 77002
*Counsel for Defendants*
*FCStone, LLC, FCStone Trading, LLC, and FCStone Group, Inc.*

_s/ Peter F. Bagley_____
Peter F. Bagley

10/24/2014 12:06:05 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 2946244
By: FORD, DAVIA

Cause No. C-201305124

| | | |
|---|---|---|
| VICNRG LLC, | § | IN THE DISTRICT COURT OF |
| | § | |
| PLAINTIFF. | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| FUEL STREAMERS INC., | § | |
| GREEN DIESEL, LLC, | § | |
| FCSTONE, LLC, | § | |
| FCSTONE TRADING, LLC AND | § | |
| FCSTONE GROUP, INC. | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | 334th DISTRICT COURT |

## ORDER GRANTING FCSTONE'S UNOPPOSED MOTION TO SEVER

This matter comes before the Court on the Unopposed Motion to Sever filed by Defendants FCStone, LLC, FCStone Trading, LLC, and FCStone Group, Inc. (together "FCStone"). The Court having considered the pleadings and arguments of counsel, is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the claims VicNRG LLC asserted against Defendants FCStone, LLC, FCStone Trading, LLC, and FCStone Group, Inc. are severed from this action and made the subject of a separate action.

IT IS FURTHER ORDERED that VicNRG LLC will be the plaintiff in the severed case and FCStone, LLC, FCStone Trading, LLC, and FCStone Group, Inc. will be the defendants in the new action, which is to be styled VicNRG LLC v. FCStone, LLC, FCStone Trading, LLC, and FCStone Group, Inc. and to have docket number C-201305124B

IT IS FURTHER ORDERED that the clerk make certified copies of the following documents in the instant case for the severed case:

5

| Document File Date | Document Description |
|---|---|
| 07/03/2012 | Original Petition |
| 10/12/2012 | First Amended Petition |
| 01/28/2013 | Citation – FCStone Trading, LLC (Image No. 54798579) |
| 01/28/2013 | Citation – FCStone, LLC (Image No. 54798611) |
| 01/28/2013 | Motion to Transfer Venue and Subject Thereto, General Denial of FCStone, LLC, and FCStone Trading, LLC |
| 01/28/2013 | Plaintiff's Response to the Motions to Transfer Venue of Defendants |
| 01/28/2013 | Plaintiff's Motion to Reconsider Order Transferring Venue |
| 01/28/2013 | Defendants FCStone, LLC, and FCStone Trading, LLC's Response to Plaintiff's Motion to Reconsider Order Transferring Venue |
| 01/28/2013 | Order of Transfer dated November 6, 2012 |
| 04/18/2013 | Notice of Change of Address (Counsel for FCStone) |
| 06/25/2013 | Rule 11 Agreement re VICNRG Documents Produced |
| 09/30/2013 | Rule 11 Agreement re Extension of Deadline FCStone to Respond to Discovery & FCStone's Production |
| 10/17/2013 | Rule 11 Agreement re Extension of Deadline VICNRG to Respond to Discovery |
| 11/14/2013 | Second Amended Petition |
| 11/22/2013 | Plaintiff's Motion to Quash Depositions |
| 11/25/2013 | Motion for Admission Pro Hac Vice of David Hoffman |
| 11/25/2013 | Motion for Admission Pro Hac Vice of Cornelius Adrian Vandenberg |
| 12/04/2013 | Citation: FCStone Group, Inc. |
| 12/30/2013 | General Denial of FCStone, LLC, FCStone Trading, LLC, and FCStone Group, Inc. to Plaintiff's Second Amended Petition |
| 1/17/2014 | Plaintiff's Designation of Expert Witnesses |

| | |
|---|---|
| 02/05/2014 | Plaintiff's First Motion for Continuance and Plaintiff's Motion for Expedited Hearing of the Same |
| 02/06/2014 | Rule 11 Agreement re Compliance with Protective Order |
| 02/07/2014 | FCStone's Traditional and No-Evidence Motion for Summary Judgment, Notice of Oral Hearing & Appendix of Unpublished Legal Authorities |
| 02/07/2014 | FCStone's Motion to File Under Seal |
| 02/10/2014 | FCStone's Motion to Quash Notices of Deposition of Nathaniel Burk, Christopher Jagoda, Matthew Upmeyer, and FCStone |
| 02/11/2014 | Plaintiff's Amended Motion for Continuance and Plaintiff's Motion for Expedited Hearing of the Same |
| 02/12/2014 | Order Approving Stipulation (signed Protective Order) |
| 02/17/2014 | FCStone's Designation of Expert Witnesses |
| 02/18/2014 | FCStone's Opposition to VICNRG's Motion to Continue Hearing on Motion for Summary Judgment |
| 02/18/2014 | Rule 11 Agreement re Extension of trial date and discovery deadlines |
| 02/21/2014 | FCStone's Traditional and No-Evidence Motion for Summary Judgment |
| 02/21/2014 | Withdrawal of Motion to File Under Seal |
| 02/27/2014 | VICNRG's Unopposed Motion for Continuance of Trial Setting |
| 03/3/2014 | Order Granting Trial Continuance |
| 03/07/2014 | Plaintiff VICNRG LLC's Response to FCStone's Traditional and No-Evidence Motion for Summary Judgment |

| | |
|---|---|
| 03/07/2014 | Plaintiff's Objections to FCStone's Summary Judgment Evidence |
| 03/07/2014 | VICNRG's Motion to file Under Seal Pursuant to Protective Order |
| 03/7/2014 | Appendix of Unpublished Legal Authorities in Support of VicNRG's Response |
| 03/11/2014 | FCStone Defendants' Objections to VICNRG's Summary Judgment Evidence |
| 03/11/2014 | Response to VICNRG's Objections to FCStone's Summary Judgment Evidence |
| 03/11/2014 | Reply in Support of FCStone's Traditional and No-Evidence Motion for Summary Judgment |
| 03/13/2014 | FCStone Defendants' Motion to Strike VICNRG's Unauthorized Surreply |
| 03/13/2014 | Plaintiff VICNRG Surreply to Defendant FCStone's Reply to VICNRG's Response to FCStone's Traditional and No-Evidence Motion for Summary Judgment |
| 03/13/2014 | Appendix of Unpublished Legal Authorities in Support of VicNRG's Surreply |
| 3/18/2014 | FCStone Defendants' Motion for Leave to File Additional Summary Judgment Evidence |
| 03/25/2014 | Rule 11 Agreement Extending Discovery |
| 03/25/2014 | VicNRG's Withdrawal of Motion to File Under Seal Pursuant to Protective Order |
| 03/28/2014 | Response to VICNRG's Surreply to FCStone's Traditional and No- Evidence Motion for Summary Judgment |
| 03/28/2014 | Plaintiff VicNRG LLC's Post-Hearing Brief |
| 04/04/2014 | Plaintiff VICNRG LLC's Response to FCStone's Traditional and No- Evidence Motion for Summary Judgment |

| | |
|---|---|
| 06/03/2014 | FCStone's Motion for Protection and to Quash Notices of Deposition |
| 06/03/2014 | Notice of Oral Hearing on FCStone's Motion for Protection and to Quash Notices of Deposition |
| 06/05/2014 | Plaintiff VICNRG's Response to FCStone's Motion for Protection and VICNRG LLC's Motion to Compel Depositions |
| 06/17/2014 | FCStone's Response to VICNRG's Motion to Compel and Reply in Support of Motion for Protection and to Quash |
| 06/19/2014 | Plaintiff VICNRG LLC's Surreply to FCStone's Motion for Protection and Reply in Support of VICNRG LLC's Motion to Compel Depositions |
| 06/30/2014 | Order Denying Protection from Discovery Request/Compelling Deposition Appearance |
| 07/14/2014 | Plaintiff's Supplemental Designation of Experts |
| 07/30/2014 | Rule 11 Agreement re extension deadlines & setting of deadlines |
| 8/01/2014 | Order Granting Summary Judgment |
| 10/15/2014 | VicNRG's Request for Additional Documents |

IT IS FURTHER ORDERED that this order of severance does not affect the claims of the remaining parties to the instant case, does not cause a realignment of parties in the case, and that as a result of this order of severance, the style of the instant case shall hereafter be styled VicNRG LLC v. Green Diesel, LLC and Fuel Streamers, Inc.

Signed this 29th day of October, 2014.

10·29·14

_____
Judge Grant Dorfman

9

```
JURN7 (NSA#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      FEB 25, 2015(C1)
INT6510                   CIVIL CASE INTAKE                  OPT: _____  -  INT
                       GENERAL PARTY INQUIRY                 PAGE:   1  -    1

CASE NUM: 201305124B_ PJN> __  TRANS NUM: _____  CURRENT COURT: 334 PUB? _
CASE TYPE: DAMAGES (OTH)                   CASE STATUS: ACTIVE
STYLE: VICNRG LLC (A TEXAS LIMITED LIABI VS FCSTONE, LLC
==============================================================================
                       **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
  NUM   NUMBER                                            STAT
 _    00004-0001 DEF        FCSTONE GROUP INC
 _    00003-0001 DEF        FCSTONE TRADING LLC
 _    00002-0001 DEF        FCSTONE, LLC
 _    00001-0001 PLT 08014500 VICNRG LLC (A TEXAS LIMITED LI    GLASSER, MARK




==> (4) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```